**Motion Granted; Appeal Dismissed and Memorandum Opinion filed March 31, 2020.**



In The

# Fourteenth Court of Appeals

_____

## NO. 14-20-00103-CR
_____

**BRYAN SCOTT CAVETT, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

---

**On Appeal from the 452nd District Court
McCulloch County, Texas
Trial Court Cause No. 6132**

---

### MEMORANDUM OPINION

Appellant Bryan Scott Cavett has signed and filed a written request to withdraw his notice of appeal. *See* Tex. R. App. P. 42.2. Because this court has not delivered an opinion, we grant appellant's request.

Accordingly, we order the appeal dismissed. We direct the clerk of the court to issue the mandate of the court immediately.

PER CURIAM

Panel consists of Bourliot, Hassan, and Poissant
Do Not Publish – Tex. R. App. P. 47.2(b)